UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU, | No. 2:20-cv-1267 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| B. VELASQUEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants have violated his right to religious freedom. By order dated January 26, 2021, the district court determined that plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior to filing this action. (ECF No. 10.) Plaintiff was directed to pay the filing fee in order to proceed with this action. Court records reflect that plaintiff has not paid the filing fee. Therefore, the court will direct plaintiff to either pay the filing fee or voluntarily dismiss this action.

////

////

////

////

/////

////

1

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall either dismiss this action or pay the $402 filing fee in full. If he fails to pay the filing fee the court will recommend that this action be dismissed for plaintiff's failure to comply with court orders and failure to prosecute. See E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

Dated: March 23, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/uhur1267.osc.fee

2