UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU,<br><br>Plaintiff,<br><br>v.<br><br>B. VELASQUEZ, et al.,<br><br>Defendants. | No. 2:20-cv-1267 JAM DB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants have violated his right to religious freedom. By order dated January 26, 2021, the district court determined that plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior to filing this action. (ECF No. 10.) Plaintiff was directed to pay the filing fee in order to proceed with this action. On March 23, 2021, plaintiff was ordered to pay the filing fee within thirty days or face dismissal of this action. (ECF No. 14.) Those thirty days have passed, and plaintiff has not paid the filing fee, requested additional time to pay the filing fee, or otherwise responded to the court's order. Accordingly, the court will recommend that this action be dismissed without prejudice for failure to prosecute and failure to comply with court orders.

////

////

////

1

For the reasons set forth above, IT IS HEREBY RECOMMENDED.  <u>See</u> E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 17, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/ DB Prisoner Inbox/Civil.Rights/R/uhur1267.f&r.dism