UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. VELASQUEZ, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-1267 JAM DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that defendants have violated his right to religious freedom.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 31, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 19.)  Plaintiff has not filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2021, are adopted in full.

2. Plaintiff's motion to alter or amend the judgment (ECF No. 18) is granted.

3. This action shall be reopened for the limited purpose of allowing plaintiff the opportunity to file objections to the May 18, 2021 findings and recommendations.

4. Plaintiff shall file his objections within thirty days of service of this order.

Dated:  October 14, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE