UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU, | No. 2:20-cv-1267 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| B. VELASQUEZ, et al., | |
| Defendants. | |

On December 18, 2020, the Magistrate Judge issued an order denying plaintiff's motion for appointment of counsel. (ECF No. 8.) On October 22, 2021, plaintiff filed a request for reconsideration of that order. (ECF No. 23.) Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." Id. Plaintiff's request for reconsideration of the magistrate judge's order of December 18, 2020 is therefore untimely. Additionally, this action was reopened for the limited purpose of allowing plaintiff the opportunity to file objections to the May 18, 2021 findings and recommendations. (See ECF Nos. 19, 21.)

////

////

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration
2  (ECF No. 23) is denied.
3  Dated: October 26, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/uhur1267.851